# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HONORABLE WILLIAM C. GRIESBACH, presiding
July 29, 2005

Case No.: 04-CR-40

UNITED STATES OF AMERICA
v.
ADAM J. BROWN

Deputy Clerk: Terri
Court Reporter: Tape 072905
Begin: 9:45 am
End: 10:29 am

## SENTENCING MINUTES

United States by: William J. Roach

Defendant: Adam J. Brown, in person, and by

Defense Counsel: Kirk B. Obear

Probation Officer: ~~Mitch Farra~~ Jeffery Kleemann

Interpreter: ☒ None   ☐ Sworn

---

☐   **Probation**

_____ years on Count(s) _____ of the _____

☒   **Custody of Bureau of Prisons:**

365 months on Count(s) 1 of the Fourth Superseding Indictment
240 months on Count(s) 4 of the Fourth Superseding Indictment
_____ months on Count(s) _____ of the _____

to run (concurrently)/consecutively for a total term of 365 months.

☒   **Supervised Release:**

5 years on Count(s) 1 of the Fourth Superseding Indictment
3 years on Count(s) 4 of the Fourth Superseding Indictment
_____ years on Count(s) _____ of the _____

to run ~~concurrently~~/(consecutively) for a total term of 8 years.

Cts 2-3 of Fourth Superseding Indictment,
Cts 1-4 of Third Superseding Indictment,
Cts 1-4 of Second Superseding Indictment, and
COUNT(S) __3__ of the (Superseding) Indictment are DISMISSED on motion of Government.

Special Conditions of Supervised Release:
- ☒ Report within 72 hours of release from imprisonment.
- ☒ No firearms/dangerous weapons.
- ☒ No illegal possession of controlled substance.
- ☐ Reside for _____ days in a community correctional center.
- ☐ Cooperate with BICE.
- ☐ Drug/Alcohol testing and treatment.
- ☐ Participate in a mental health treatment program and take prescribed medication.
- ☐ Not allowed to work at or patronize taverns.
- ☒ ~~Pay any balance of the fine/(restitution) at a rate of not less than $ 100.00 per month.~~
- ☒ No new lines of credit.
- ☒ Financial Disclosure.
- ☐ No Gambling.
- ☒ Cooperate in the collection of DNA.
- ☐ No employment having fiduciary responsibilities.
- ☒ Participate in a sexual offender mental health treatment program.
- ☐ Cooperate with the Child Support Enforcement Unit.
- ☐ Cooperate with IRS, submit delinquent returns, and pay back taxes and interest.
- ☐ Provide USPO with computer pseudonyms, passwords, logons.
- ☒ Consent to unannounced exam of computer equipment.
- ☒ Waive rights to confidentiality re sex offender mental health treatment.
- ☒ No possession of pornography/erotica. involving minors
- ☒ Register as a convicted sex offender.
- ☐ No computer usage.

☒ No contact w/victims
☒ Submit to random searches w/o warrant
☒ No contact w/children under 18 yrs of age

Fine: $ ——

- ☐ Fine is waived due to defendant's inability to pay.
- ☐ Interest on fine is waived.
- ☐ Defendant is to participate in FBP Inmates' Financial Responsibility Program.

Restitution: $ 2078.01 jointly + severally w/ Joel Kline
└ to be paid immediately

Forfeiture: Computer equipment

Special Assessment: $ 200.00

☐ To be paid as soon as possible.

☐ Other: _____

☒ DEFENDANT ADVISED OF RIGHT TO APPEAL.

Custody:

☒ Defendant is remanded to the custody of the U.S. Marshal.

☐ Execution of this sentence is stayed until _____.

☐ Defendant is to voluntarily surrender.

Recommendations:

☒ Facility: FCI-Victorville

☐ 500-hour drug program.

☐ Boot camp.

☐ Shock Incarceration program.

☐ Other: _____

04-CR-40  US v. Adam J. Brown  Sentencing  7/28/05

<u>Parties</u> have no objections to factual statements in PSR.
<u>Court adopts.</u>

<u>Parties</u> have no objections to guideline applications
<u>Court adopts.</u>

<u>Gov't</u> recommends sentence within guideline range.

<u>Deft</u> recommends 292 month sentence. Deft requests that court not impose a fine. No objection to forfeiture. Deft requests placement at VCI Victorville or facility close to Riverside, CA

<u>Deft</u> addresses the court.

Court imposes sentence.

Case 1:04-cr-00040-WCG   Filed 07/29/05   Page 4 of 4   Document 247